IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SKOWRONSKI, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT WINES, M&M AMERICAN, INC., | : | NO. 11-7771 |
| and M&M AMERICAN LOGISTICS, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *5th* day of *March*, 2012, upon consideration of Defendants Robert Wines, M&M American, Inc., and M&M American Logistics' Motion to Dismiss Count II of Plaintiff David Skowronski's Complaint (Docket No. 5), Plaintiff's Response in Opposition (Docket No. 7), and Defendant's Reply Brief (Docket No. 8), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.